UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHRISTOPHER HUDSON,          )<br>                                                       )<br>              Petitioner,           )<br>v.                                                  )      No. 1:07-cv-901-RLY-JMS<br>                                                       )<br>STANLEY KNIGHT,                )<br>                                                       )<br>              Respondent.         ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/27/2007

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Christopher Hudson
#120501
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov